```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

AKHTAR B. HASAN,                      )
                                      ) Civil Action
          Plaintiff                   ) No. 13-cv-00387
                                      )
     vs.                              )
                                      )
THRESHOLD REHABILITATION, INC.,       )
                                      )
          Defendant                   )

## **O R D E R**

       NOW, this 24th day of March, 2014, upon consideration of:

> (1) Defendant Threshold Rehabilitation Services, Inc.'s Motion to Dismiss Plaintiff's Complaint, which motion to dismiss was filed March 27, 2013 ("Motion to Dismiss"), together with,
>
> > (A) Defendant Threshold Rehabilitation Services, Inc.'s Brief in Support of Motion to Dismiss;
>
> (2) Reply of Plaintiff Akhtar B. Hasan, in Opposition to Motion to Dismiss of Defendant, Threshold Rehabilitation Services, Inc., which reply was filed April 10, 2013; and
>
> (3) Complaint filed January 24, 2013;

and for the reasons expressed in the accompanying Opinion,

       IT IS ORDERED that defendant's Motion to Dismiss is granted, in part, and denied, in part.

       IT IS FURTHER ORDERED that defendant's Motion to Dismiss is granted to the extent that it seeks to dismiss

plaintiff's hostile-work-environment and intentional-infliction-of-emotional-distress claims.

  IT IS FURTHER ORDERED that plaintiff's hostile-work-environment claim is dismissed from Counts I and III of plaintiff's Complaint.

  IT IS FURTHER ORDERED that plaintiff's intentional-infliction-of-emotional-distress claim is dismissed from Count II of plaintiff's Complaint.

  IT IS FURTHER ORDERED that defendant's Motion to Dismiss is denied to the extent that it seeks to dismiss plaintiff's disparate-treatment and failure-to-accommodate-a-religious-observance claims from Counts I and III of plaintiff's Complaint.

  IT IS FURTHER ORDERED that defendant shall have until April 18, 2014 to file an answer to the remaining disparate-treatment and failure-to-accommodate-a-religious-observance claims in plaintiff's Complaint.

          BY THE COURT:

          /s/ JAMES KNOLL GARDNER
          James Knoll Gardner
          United States District Judge